UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

**FILED**
JUN -1 2016
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| CORTEZ WILLIAMS, | ) ) ) |
| Defendant. | ) |

4:16CR228 RLW/DDN

## INDICTMENT

### COUNT ONE

The Grand Jury charges that:

On or about March 29, 2016, in the City of St. Louis, within the Eastern District of Missouri,

**CORTEZ WILLIAMS,**

the Defendant herein, having been convicted previously in a Court of Law of one or more crimes punishable by a term of imprisonment exceeding one year, did knowingly possess a firearm and ammunition which had previously traveled in interstate or foreign commerce.

In violation of Title 18, United States Code, Section 922(g)(1).

A TRUE BILL.

_____
FOREPERSON

RICHARD G. CALLAHAN
United States Attorney

_____
JOHN T. BIRD, #37802MO
Assistant United States Attorney